No. 76–862. CAMPBELL v. GEORGIA. Appeal from Ct. App. Ga. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–888. AVCO COMMUNITY DEVELOPERS, INC. v. SOUTH COAST REGIONAL COMMISSION ET AL. Appeal from Sup. Ct. Cal. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–5951. HAMBURG v. WYOMING. Appeal from C. A. 10th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–830. MEYERS ET AL. v. ROBERTS, NOBLES COUNTY AUDITOR. Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question. MR. JUSTICE WHITE would note probable jurisdiction and set case for oral argument.

No. 76–918. TRIUMPH HOSIERY MILLS, INC. v. PENNSYLVANIA. Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question. MR. JUSTICE POWELL would note probable jurisdiction and set case for oral argument.

No. 76–923. JORDAN ET AL. v. GODWIN, GOVERNOR OF VIRGINIA, ET AL. Appeal from D. C. E. D. Va. dismissed for want of jurisdiction.

No. 76–5943. RAITPORT v. COMMISSIONERS OF CECIL COUNTY. Appeal from D. C. Md. dismissed for want of jurisdiction.